**Michael Lane GAITHER, Plaintiff–Appellant,**

v.

**C. MYLER; et al., Defendants–Appellees.**

**No. 00–55625.**

**D.C. No. CV–98–02160–LSP.**

United States Court of Appeals, Ninth Circuit.

Submitted April 9, 2001.*

Decided April 18, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

### MEMORANDUM ***

Michael Lane Gaither, a California state prisoner, appeals pro se the district court's

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the

summary judgment for defendants in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment. *See Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam).

Upon our review of the record, we agree with the district court that defendants acted reasonably in light of Gaither's medical problems. Accordingly, we affirm the district court's grant of summary judgment. *See Farmer v. Brennan*, 511 U.S. 825, 844–45, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994).

AFFIRMED.